UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT


In the Matter of:

Mark Allen Boger,                               Bankruptcy Case No. 09-30215
Krystal Deeann Boger,                           Chapter 7
                          Debtor,               Hon. Daniel S. Opperman


NOTICE OF UNCLAIMED DIVIDENDS


TO THE CLERK OF THE COURT:

        The attached check in the amount of $15.02  represents the total sum of unclaimed
dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a).  The
name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:


| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Capital One Bank | 1 | $3.15 |
| MHC Receivables LLC | 2 | $2.98 |
| Sprint Nextel Correspondence | 9 | $4.51 |
| Fingerhut | 10 | $2.27 |
| Premier Bankcard | 11 | $2.11 |


Dated: 11/19/2009                          ___/s/ Samuel D. Sweet___
                                           Samuel D. Sweet, Chapter 7 Trustee
                                           P.O. Box  757
                                           Ortonville, MI 48462-0757
                                           248-236-0985
                                           ssweet@trusteesweet.us